IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBYN MARTIN                  :      CIVIL ACTION
O/B/O A.T.A,                  :
         Plaintiff            :
    v.                        :
MICHAEL J. ASTRUE,            :
Commissioner of the           :
Social Security Administration,:
         Defendant            :      NO. 12-5094

## ORDER

**AND NOW**, this 15th day of April, 2013, after review of the Report and Recommendation of Carol Sandra Moore Wells, Chief United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**; and

2. This case is **REMANDED** to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), so that the Administrative Law Judge can properly determine whether Plaintiff meets Listed Impairment 112.05D by explicitly considering all four requirements of Listed Impairment 112.05D.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER, J.